PER CURIAM.
Affirmed. See Venetian Salami Co. v. Parthenais, 554 So.2d 499 (Fla.1989); Premier Hotel Corp. v. M. Group Resorts, S.A., 753 So.2d 647 (Fla. 3d DCA 2000); Citicorp Ins. Brokers (Marine), Ltd. v. Chaman, 635 So.2d 79 (Fla. 1st DCA 1994); Ben M. Hogan Company, Inc. v. QDA Inv. Corp., 570 So.2d 1349 (Fla. 3d DCA 1990); Naviera Mayaca Express S. de R.L. v. Brauer & Assocs., Inc., 559 So.2d 1230 (Fla. 3d DCA 1990).